# EXHIBIT 8

Case 8:26-cv-02072-LKG    Document 1-8    Filed 05/26/26    Page 2 of 74

| Claims of U.S. Patent No. 12,124,285 | Evidence of Infringement by Utilities |
| --- | --- |
| 8[pre] A system for managing power on an electric power grid, comprising: | Each of the Defendants ("Maryland Utilities") has at least one residential Demand Response Program. For example:<br><br>*Delmarva Power*<br><br>Energy Wise Rewards<br>https://homeenergysavings.delmarva.com/energywiserewards/md/residential/participation<br><br>Flex Rewards<br>https://homeenergysavings.delmarva.com/md/residential/flex-rewards<br><br>*Pepco*<br><br>Energy Wise Rewards<br>https://homeenergysavings.pepco.com/energywiserewards/md/residential/participation<br><br>Flex Rewards<br>https://homeenergysavings.pepco.com/md/residential/flex-rewards<br><br>*BG&E*<br><br>Connected Rewards<br>https://bgesmartenergy.com/residential/earn-incentives/connectedrewards<br><br>Peak Rewards<br>https://bgesmartenergy.com/residential/earn-incentives/peak-rewards/programs/ac |

| | |
|---|---|
| | *SMECO*<br><br>SmartTemp<br>https://greatergrid.com/enroll/programs/thermostats/smeco<br><br>Each of the Maryland Utilities makes and uses a system that operates the respective Demand Response Program ("Accused System" or "DR System"). Each of these DR Systems manages power on an electric grid by, for example, communicating messages to and controlling the operation of smart thermostats and/or load control switches in order to reduce the consumption of electric power by load consuming devices during periods of peak demand.<br><br>The DR Systems of Delmarva and PEPCO incorporate the use of Resideo Connected Savings platform ("Resideo Platform") in their DR Systems.<br><br>**Delmarva Power Energy Wise Rewards® Bring-Your-Own-Device (BYOD) Customer Participation Agreement:**[1]<br><br>The Program is being administered by a third-party administrator ("Program Administrator"), which is Ademco Inc., a subsidiary of Resideo Technologies, Inc., a Delaware corporation, having a place of business at 1985 Douglas Drive, Golden Valley, MN 55422 (d/b/a "Resideo Grid Services"). By enrolling in the BYOD Program, you are also agreeing to Program Administrator's EULA and Privacy Policy, available at https://connectedsavings.com/eula and https://connectedsavings.com/privacy-overview/privacy-policy/ (respectively) or such other location as notified by the Program Administrator on its website. |

---

[1] https://homeenergysavings.delmarva.com/sites/default/files/47327_DPL_EWR_BYOD_TC_v2_RELEASE-508.pdf.

| | |
|---|---|
| | **Pepco Energy Wise Rewards® Bring-Your-Own-Device (BYOD) Customer Participation Agreement**:[2]<br><br>The Program is being administered by a third-party administrator ("Program Administrator"), which is Ademco Inc., a subsidiary of Resideo Technologies, Inc., a Delaware corporation, having a place of business at 1985 Douglas Drive, Golden Valley, MN 55422 (d/b/a "Resideo Grid Services"). By enrolling in the BYOD Program, you are also agreeing to Program Administrator's EULA and Privacy Policy, available at https://connectedsavings.com/eula and https://connectedsavings.com/privacy-overview/privacy-policy/ (respectively) or such other location as notified by the Program Administrator on its website.<br><br>The DR Systems of SMECO incorporate the use of the EnergyHub (formerly known as Mercury) platform ("EnergyHub Platform").[3]<br><br>The DR Systems of BG&E have incorporated and/or incorporate the use of the Resideo Platform and/or the EnergyHub Platform:<br><br>**EnergyHub and Baltimore Gas and Electric Deploy BYOT and EV Charging Programs,** https://www.energyhub.com/news/bge-byot-and-ev-charging-der-programs |

---

[2] https://homeenergysavings.pepco.com/sites/default/files/47327_Pepco_EWR_BYOD_TC_v2_RELEASE-508.pdf

[3] For example, the "Terms of Use" and "Privacy Policy" links at the bottom of the SMECO SmartTemp webpage (https://greatergrid.com/enroll/programs/thermostats/smeco) both are directed to the EnergyHub End User License Agreement at https://www.energyhub.com/terms.

| | |
|---|---|
| | **BGE Connected Rewards** (providing an EnergyHub email address (bge@energyhub.com))<br>https://web.archive.org/web/20231004190713/https://enrollmythermostat.com/bge/<br><br>**BG&E Connected Rewards Terms and Conditions:**[4]<br><br>The Program is provided by Resideo, 16100 N 71st St Suite 550, Scottsdale, AZ 85254 ("**Sponsor**").<br><br>Additional program details and the Program application for enrollment is available at the following website address: https://connect.connectedsavings.com/#!/getdevice?campaignId=384<br><br>The Program Terms are available at the following website: https://connectedsavings.com/bge-tcs/<br><br>Resideo contact information for the program is: enerysupport@Resideo.com.<br><br>In 2025, EnergyHub acquired Resideo Connected Savings, and the latest EnergyHub EULA expressly states that it applies to both platforms and describes them as managing power on an electric power grid:[5] |

---

[4] https://connectedsavings.com/bge-tcs/#toggle-id-1.

[5] EnergyHub End User License Agreement, available at www.energyhub.com/terms.

## 2. THE ENERGYHUB SYSTEM

We provide utilities with award-winning, consumer-facing, demand energy-management response products and related services. These products and services empower people to be energy efficient and change the way people think about their energy usage. These Terms provide the terms applicable to your use of our web-based services (the "**Services**"), whether you are accessing the Services via one of our websites at http://www.energyhub.com, https://www.connectedsavings.com, or other websites operated by EnergyHub (the "Website"); the Website or any other content provided through the System (the "**Content**"); devices connected to the Services, including, without limitation, connected devices, electric vehicles, electric vehicle chargers, solar inverters, solar panels, batteries, water heaters, heat pumps, window air conditioners, pool pumps, and connected thermostats (the "**Devices**"); mobile applications operated by EnergyHub for itself or on behalf of utilities or thermostat providers (the "**Mobile Apps**") and the Mercury platform, which interconnect the Website, the Mobile Apps, and the Devices; or through any other medium or device now known or hereafter developed. In these Terms, for convenience we refer to the combination of products and services we provide, including the Services, the Website, the Content, the Devices, the Mobile Apps, and the EnergyHub Platform (formerly the Mercury Platform), the LoadFlex Platform, and the Connected Savings Platform (collectively, the "Platforms") as, collectively, the "System."

## 8. REQUIRED CONNECTIVITY

Some portions of the System require a data connection between certain devices or systems on your property and our servers. You must provide this connection at your sole expense and responsibility. EnergyHub is not responsible for the availability of this connection or liable for any consequences that may result from the unavailability or quality of such connection and reserves the right to change the access configuration of its System at any time and without prior notice to you.

Some portions of the System may require a connection to your electric, water, gas, or other utilities (between you and the utilities, the utilities and us, or both). We are not responsible for the availability of these connections or liable for any consequences that may result from the unavailability or quality of such connections. You agree to allow us access to your billing and usage information from the utilities for the purpose of our providing that information to you through the System.

Case 8:26-cv-02072-LKG    Document 1-8    Filed 05/26/26    Page 8 of 74

| | |
|---|---|
| | *See* also, **Resideo Connected Savings EULA**:[6]<br><br>Ademco Inc., on behalf of itself and its affiliates, (hereinafter referred to as **Resideo**, "us", or "we"), offers the **Connected Savings (CS)** platform and associated services through a series of home and commercial energy programs. The CS platform offers management and insights to eligible Distributed Energy Resources ("**DERs**"). Eligible DERs may include any connected device that can be remotely adjusted to provide benefit to the grid and/or home resident, including, but not limited to, thermostats, electric vehicles, water heaters, solar panels, battery storage, and pool pumps. There are multiple services (hereinafter "**Services**") that may be provided within the CS program: |
| 8[a] at least one active load client constructed and configured for communication with a server and at least one power consuming device; | Each DR System includes at least one active load client constructed and configured for communication with a server and at least one power consuming device.  For example, each DR System includes smart thermostats and/or load control switches ("at least one active load client") that communicate with the Resideo Platform or EnergyHub Platform ("constructed and configured for communication with a server") and an HVAC system ("at least one power consuming device").  The communication may occur through one or more intermediate servers (e.g., smart thermostat server).<br><br>The servers of BG&E, Delmarva and PEPCO include at least the Resideo Platform.  The servers of SMECO include at least the EnergyHub Platform.<br><br>The use of smart thermostats that communicate with utility servers to control HVAC systems is contemplated by the regulatory and ISO (PJM) requirements.<br><br>For example: |

[6] For example, https://web.archive.org/web/20251012184533/https://www.connectedsavings.com/eula/.

Case 8:26-cv-02072-LKG    Document 1-8    Filed 05/26/26    Page 9 of 74

**FERC 2025 Assessment of Demand Response and Advanced Metering at 33:[7]**

The working paper found that providing control technologies, such as programmable thermostats, improves the effectiveness of time-based rate designs in reducing peak demand.

**Public Service Commission of Maryland, ORDER AUTHORIZING TRANSITION TO 2024-2026 PROGRAM CYCLE at 9 n.47:[8]**

DR programs are designed to allow utilities to adjust customer-owned thermostats during high-demand events to decrease usage and increase bill savings.

**PJM OPEN ACCESS TRANSMISSION TARIFF, attachment K[9]**

To participate in the Emergency Load Response Program and Pre-Emergency Load Response Program, the Demand Resource must:
    Be capable of reducing at least 100 kW of load
    Be capable of receiving notification of a Load Management Event.
    The location shall not be Critical Natural Gas Infrastructure.

---

[7] https://www.ferc.gov/sites/default/files/2025-12/25_Annual%20Assessment%20of%20Demand%20Response_1212.pdf.

[8] https://psc.maryland.gov/wp-content/uploads/2024-2026-Transition-Order.pdf

[9] PJM documents referenced herein, including the Operating Agreement, Open Access Transmission Tariff, Reliability Assurance Agreement and all Manuals are available for download at https://www.pjm.com/library.

Case 8:26-cv-02072-LKG     Document 1-8     Filed 05/26/26     Page 10 of 74

The Resideo Platform and EnergyHub Platform:[10]

**8. REQUIRED CONNECTIVITY**

Some portions of the System require a data connection between certain devices or systems on your property and our servers. You must provide this connection at your sole expense and responsibility. EnergyHub is not responsible for the availability of this connection or liable for any consequences that may result from the unavailability or quality of such connection and reserves the right to change the access configuration of its System at any time and without prior notice to you.

Some portions of the System may require a connection to your electric, water, gas, or other utilities (between you and the utilities, the utilities and us, or both). We are not responsible for the availability of these connections or liable for any consequences that may result from the unavailability or quality of such connections. You agree to allow us access to your billing and usage information from the utilities for the purpose of our providing that information to you through the System.

---

[10] End User License Agreement, available at https://www.energyhub.com/terms.

Case 8:26-cv-02072-LKG    Document 1-8    Filed 05/26/26    Page 11 of 74

The EnergyHub Platform:
https://info.energyhub.com/hubfs/Fact%20sheets/EnergyHub%20BYOT%20fact%20sheet_v4.pdf





U.S. Patent No. 12,124,285

https://cdn2.hubspot.net/hubfs/415845/Fact%20sheets/EnergyHub_DERMS_FactSheet_3.18.pdf

Case 8:26-cv-02072-LKG    Document 1-8    Filed 05/26/26    Page 13 of 74

The Resideo Platform:[11]

Ademco Inc., on behalf of itself and its affiliates, (hereinafter referred to as **Resideo**, "us", or "we"), offers the **Connected Savings (CS)** platform and associated services through a series of home and commercial energy programs. The CS platform offers management and insights to eligible Distributed Energy Resources ("**DERs**"). Eligible DERs may include any connected device that can be remotely adjusted to provide benefit to the grid and/or home resident, including, but not limited to, thermostats, electric vehicles, water heaters, solar panels, battery storage, and pool pumps. There are multiple services (hereinafter "**Services**") that may be provided within the CS program:

**"Required Connectivity**. Some portions of CS require a data connection between your DER and our servers."

https://www.energyhub.com/industry-leading-technology

Mercury DERMS supports and uses the latest open standards and protocols including OpenADR 2.0, IEEE 2030.5 (SEP 2.0), and DNP3 in addition to web service-based cloud-to-cloud integrations with select DER vendors.

---

[11] https://web.archive.org/web/20251012184533/https://www.connectedsavings.com/eula/.

Case 8:26-cv-02072-LKG   Document 1-8   Filed 05/26/26   Page 14 of 74

| | https://web.archive.org/web/20260307121819/https://www.connectedsavings.com/demand-response/<br><br>**DYNAMIC ENERGY CONTROL**<br><br>As grid needs increase, no stone is left unturned in our suite of energy products. Water heater timers are rapidly being replaced with more dynamic energy control devices, including direct install modules, CTA-2045 devices, and native Wi-fi connections in the next generation of smart water heaters. Our platform uses cloud to cloud APIs and OpenADR2.0b to dynamically control your suite of water heater devices with advance control strategies to achieve your energy goals. |
|---|---|
| 8[b] at least one meter configured to measure power consumption by the at least one power consuming device; | Each DR System includes at least one meter configured to measure power consumption by the at least one power consuming device.  For example, PJM requires that each DR System include a meter ("at least one meter") at each end-customer location that are used by the DR System to measure power consumed by an HVAC system ("configured to measure power consumption by the at least one power consuming device").<br><br>**Public Service Commission Of Maryland, Order On Implementation Of FERC Order No. 2222 And Virtual Power Plants In Maryland, Case No. 9778, Order No. 91603, April 11, 2025**<br><br>"The Commission notes that all of the major Maryland utilities with the exception of Potomac Edison have AMI metering systems."<br><br>**PJM OPEN ACCESS TRANSMISSION TARIFF, attachment K, section 8.3**<br>The Curtailment Service Provider is responsible to ensure that the Emergency Load Response Program and Pre-Emergency Load Response Program Participants have metering equipment that provides integrated hourly kWh values on an electric distribution company account basis. Non-interval metered residential customers that have Direct Load Control may use current statistical sampling of interval metering equipment on an electric distribution company account basis in accordance with the PJM Manuals and subject to PJM approval. The metering equipment shall either meet the electric distribution company requirements for accuracy or have a maximum error of two percent over the full range of the metering equipment (including Potential Transformers and Current Transformers) and the metering |

Case 8:26-cv-02072-LKG    Document 1-8    Filed 05/26/26    Page 15 of 74

equipment and associated data shall meet the requirements set forth herein and in the PJM Manuals. The Emergency Load Response Program and Pre-Emergency Load Response Program participants must meter reductions in demand by using either of the following two methods:

    a)    Using metering equipment that is capable of recording integrated hourly values for generation running to serve local load (net of that used by the generator); or

    b)    Using metering equipment that provides actual load change by measuring actual load before and after the reduction request, such that there is a valid integrated hourly value for the hour prior to the event and each hour during the event. This value cannot be estimated nor can it be averaged over some historical period. This load will be metered on an electric distribution company account basis, or metered on a representative sample of Electric Distribution Company accounts for non-interval metered residential Direct Load Control in accordance with the PJM Manuals.

Metered load reductions will be adjusted up to consider transmission and distribution losses as submitted by the Curtailment Service Provider and verified by PJM with the electric distribution company.

The installed metering equipment must be one of the following:

    a)    Metering equipment used for retail electric service;

    b)    Customer-owned metering equipment or metering equipment acquired by the Curtailment Service Provider, approved by PJM, that is read electronically by PJM, in accordance with the requirements herein and in the PJM Manuals; or

    c)    Customer-owned metering equipment or metering equipment acquired by the Curtailment Service Provider, approved by PJM, that is read by the customer (or the Curtailment Service Provider), and such readings are then forwarded to PJM, in accordance with the requirements set forth herein and in the PJM Manuals.

Nothing herein changes the existence of one recognized meter by the state commissions as the official billing meter for recording consumption.

**PJM OPEN ACCESS TRANSMISSION TARIFF, attachment K, section 1.5A**

A Member or Special Member that is an end-use customer, Load Serving Entity or Curtailment Service Provider that has the ability to cause a reduction in demand as metered on an electric distribution company account basis (or for non-interval metered residential Direct Load Control customers, as metered on a statistical sample of electric distribution company accounts utilizing current data, as described in the PJM Manuals) or has an On-Site Generator that enables demand reduction may become an Economic Load Response Participant by complying with the requirements of the applicable Relevant Electric Retail Regulatory Authority and all other applicable federal, state and local regulatory entities together with this section 1.5A including, but not limited to, section 1.5A.3 below.  A Member or Special Member may aggregate multiple individual end-use customer sites to qualify as an Economic Load Response Participant, subject to the requirements of section 1.5A.10 below.

**PJM Manual 1 at 77**

Reliable and compliant billing metering must be installed for any billed service, unless applicable alternative practices are specified here in Section 5. Meter data is automatically electronically communicated to PJM by the producer, host utility, or transmitter for timely accounting and billing. This enables PJM to account and bill for services and to identify and resolve erroneous meter data. Communication between PJM Members may utilize any mutually agreeable method, such as voice notification or paper document.

**PJM Manual 11**

## 12.1 Overview of Price Responsive Demand

The development and implementation of dynamic and time-differentiated retail rates, together with utility investment in Advanced Metering Infrastructure (AMI) led to an increasing quantity of load in PJM to be responsive to changing wholesale prices. Through enabling technology and behavioral changes, consumers modify their demand as prices change without being centrally dispatched by PJM or bidding demand reductions into the PJM markets. Given the linkage between dynamic retail rate structures and wholesale prices, this price responsiveness is predictable and needs to be accounted for in the wholesale market design and operations.

This predictable reduction in consumption in response to changing wholesale prices is known as Price Responsive Demand (PRD). The continued development of PRD requires coordination between the wholesale market and the retail rate design to maximize its benefit to consumers. The deployment of AMI for small commercial and residential customers enables dynamic and time–differentiated retail rate structures linked to wholesale prices. AMI supports dynamic retail rate structures and these types of retail rates provide the exposure to market prices necessary to provide the incentive for retail customers to reduce or shift consumption in response to price.

Case 8:26-cv-02072-LKG    Document 1-8    Filed 05/26/26    Page 18 of 74

**EnergyHub DERMS Fact Sheet v. 3.18** (showing the EnergyHub Platform communicating with meters via a meter data management system ("MDMS")).

| | |
|---|---|
| | **Resideo Connected Savings Privacy Policy**[12]<br><br>• **Usage Information**: We may use personally identifiable Usage Information to optimize your energy consumption by determining your house location and your comfort settings (temperature settings per day-part and season where you are comfortable) to keep you comfortable and optimize with the local weather conditions or help during high grid demand events. We may use personally identifiable information in the form of your email address to communicate administrative, program results, and home efficiency reports to you. If you are an eligible participant in the CS Grid Stability program, we use your address and other information to communicate your participation with your utility, and may, depending on your location and the program, acquire access to your smart meter data as necessary. |
| 8[c] wherein the at least one active load client receives a power control message from the server, wherein the power control message includes a curtailment request for the at least one power consuming device; | In each DR System, the at least one active load client receives a power control message from the server, wherein the power control message includes a curtailment request for the at least one power consuming device.  For example, PJM requires that the Maryland Utilities send messages to smart thermostats ("active load clients") to curtail load during demand response events (e.g., Load Management Events, Load Reduction Events and/or Synchronized Reserve Events), and the servers of each DR System send such messages to the smart thermostats ("at least one active load client receives a power control message from the server"), using for example OpenADR, cloud-to-cloud APIs and/or IEEE 2030.5 (SEP 2.0), instructing the smart thermostats to change a set point, change the timing of a set point and/or otherwise turn off the HVAC system ("the power control message includes a curtailment request for the at least one power consuming device").<br><br>**PJM Operating Agreement, Schedule 1, Section 8.2**<br><br>"To participate in the Emergency Load Response Program and Pre-Emergency Load Response Program, the Demand Resource must: . . . Be capable of receiving notification of a Load Management Event." |

---

[12] https://web.archive.org/web/20251012184533/https://www.connectedsavings.com/privacy-policy/

Case 8:26-cv-02072-LKG    Document 1-8    Filed 05/26/26    Page 20 of 74

**PJM Operating Agreement**

"Load Management Event" shall mean a) a single temporally contiguous dispatch of Demand Resources in a Compliance Aggregation Area during an Operating Day, or b) multiple dispatches of Demand Resources in a Compliance Aggregation Area during an Operating Day that are temporally contiguous.

"Load Reduction Event" shall mean a reduction in demand by a Member or Special Member for the purpose of participating in the PJM Interchange Energy Market.

"Synchronized Reserve Event" shall mean a request from the Office of the Interconnection to generation resources and/or Economic Load Response Participant resources able, assigned or self-scheduled to provide Synchronized Reserve in one or more specified Reserve Zones or Reserve Sub-zones, within ten minutes, to increase the energy output or reduce load by a directed amount of the assigned or self-scheduled Synchronized Reserve.

https://homeenergysavings.pepco.com/energywiserewards/md/residential/faq

**How does Energy Wise Rewards work?**

When you enroll, we'll connect an indoor Energy Wise Rewards programmable thermostat or an outdoor switch near your central air conditioning unit or heat pump. On selected days from June through October, we'll automatically cycle participating central air conditioners and heat pumps to help balance the region's demand for electricity. These events are known as "conservation periods". The more participants in the program, the greater the likelihood of reduced duration for any single conservation period. Energy Wise Rewards works best when it is truly a community-wide effort.

https://homeenergysavings.delmarva.com/energywiserewards/md/residential/faq

**How does Energy Wise Rewards work?**

When you enroll, we'll connect an indoor Energy Wise Rewards programmable thermostat or an outdoor switch near your central air conditioning unit or heat pump. On selected days from June through October, we'll automatically cycle participating central air conditioners and heat pumps to help balance the region's demand for electricity. These events are known as "conservation periods". The more participants in the program, the greater the likelihood of reduced duration for any single conservation period. Energy Wise Rewards works best when it is truly a community-wide effort.

https://www.smeco.coop/energy-efficiency/residential-programs/smarttemp/

**How do thermostat adjustments work during events and will it compromise my comfort?**

- During an adjustment event (June through October only), your thermostat will be automatically adjusted up to 4°F based on your current temperature setting.
- The typical event will last four hours or less on non-holiday weekday afternoons. Once the event is over, your thermostat will return to its normal setting.
- Your participation is completely voluntary, and you will retain control of your thermostat. You can easily opt out of an event for any reason.

| |  |
|---|---|
| | https://bgesmartenergy.com/residential/earn-incentives/connectedrewards/faqs <br><br> **How will my thermostat be adjusted?** ^ <br><br> At the start of a non-emergency* adjustment event, your thermostat will be automatically adjusted up to 4 degrees from the current thermostat setpoint. The adjustment will typically last no more than six hours on non-holiday weekdays. Once the temperature adjustment is over, your thermostat will return to its normal setpoint and/or schedule. In some cases, your thermostat may be adjusted up to 3 degrees before an adjustment event to pre-condition your home. You can opt out of a non-emergency event at any time from your mobile device, web browser or thermostat. <br><br> *During an emergency event, regional demand for electricity is close to surpassing regional supply and BGE is required to activate the Connected Rewards Program. This type of event is usually called to avoid potential service interruptions. During an emergency event and the transition period after the event, you may not have the ability to override your program participation. <br><br> **EnergyHub Platforms:** <br><br> https://www.energyhub.com/privacy-policy <br><br> Our Services (defined below) integrate with connected devices in your home, such as heat pumps, water heaters, smart thermostats, batteries, electric vehicle supply equipment (EVSE), electric vehicles, and solar inverters, to manage programs operated by our utility partners. |

https://www.energyhub.com/edge-derms-platform/utility-integrations

Send a dispatch from your Grid DERMS to customers of specified rates, pulled from your CIS system.

**EnergyHub BYOT Fact Sheet v. 4**
https://info.energyhub.com/hubfs/Fact%20sheets/EnergyHub%20BYOT%20fact%20sheet_v4.pdf



## Demand response management system

Maximize load shed with a demand response module that leverages advanced machine-learning algorithms for intelligent device control.

**Mercury DERMS fact sheet**
https://cdn2.hubspot.net/hubfs/415845/Resources/Mercury%20DERMS%20fact%20sheet.pdf



# Mercury DERMS Platform

Mercury gives utilities real-time visibility into DERs and greater control at the grid edge

**Mercury DERMS capabilities**

* Peak reduction
* Load shift
* Solar shifting and firming
* Voltage & frequency response
* Rate optimization

## Manage DERs from a single hub

Employing real-time analytics and dynamic visualizations, EnergyHub's Mercury DERMS is uniquely equipped to provide the suite of solutions utilities need to monitor and manage a range of connected and aggregated devices – including smart inverters, battery energy storage systems, smart thermostats, grid-interactive water heaters, and electric vehicles.

Case 8:26-cv-02072-LKG   Document 1-8   Filed 05/26/26   Page 25 of 74

| | |
|---|---|
| | Communicating with, controlling, and optimizing the performance of DERs requires an end-to-end software system that is integral to a utility's day-to-day operations. Utilities need a DERMS that can: <br><br> ✱ Create situational awareness at the grid-edge <br><br> ✱ Engage with customers and enroll DERs into programs <br><br> ✱ Monitor and forecast DER activity in relation to grid operations <br><br> ✱ Coordinate control/dispatch of resources for grid-support services <br><br> **EnergyHub Privacy Policy** <br> https://www.energyhub.com/privacy-policy <br><br> Our Services (defined below) integrate with connected devices in your home, such as heat pumps, waterheaters, smart thermostats, batteries, electric vehicle supply equipment (EVSE), electric vehicles, and solar inverters, to manage programs operated by our utility partners. <br> . . . <br> If you are using our System (including by using your Device when connected to the EnergyHub Platform) from outside of the United States, please be aware that your information may be transferred to, stored in, or processed in the United States, where our servers are located and our central database is operated. |

Case 8:26-cv-02072-LKG    Document 1-8    Filed 05/26/26    Page 26 of 74

**The Resideo Platforms:**

**Connected Savings EULA**
https://web.archive.org/web/20251012184533/https://www.connectedsavings.com/eula/

Ademco Inc., on behalf of itself and its affiliates, (hereinafter referred to as **Resideo**, "us", or "we"), offers the **Connected Savings (CS)** platform and associated services through a series of home and commercial energy programs. The CS platform offers management and insights to eligible Distributed Energy Resources ("**DERs**"). Eligible DERs may include any connected device that can be remotely adjusted to provide benefit to the grid and/or home resident, including, but not limited to, thermostats, electric vehicles, water heaters, solar panels, battery storage, and pool pumps. There are multiple services (hereinafter "**Services**") that may be provided within the CS program:

**"Required Connectivity**. Some portions of CS require a data connection between your DER and our servers."

https://web.archive.org/web/20260307121819/https://www.connectedsavings.com/demand-response/:

## TAILORED DR STRATEGIES

**Connected Savings Intelligence℠ (CSI)** offers a variety of tailored DR strategies for all of the major energy using devices in the home. Our hyper local weather data, thermodynamic models, and machine learning create an orchestrated experience via a single interface across all device types. CSI provides precise and accurate capacity and load forecasts for DR event planning and management for residential and SMB customers.



Average Power Profile

Sample load reduction of an actual program in June 2016, comparing baseline to reduced load for a 2 hour DR event.

**BGE – Google Rush Hour Rewards Program Agreement**
(https://support.renewhome.com/en_us/baltimore-gas-electric-r1UIku9xl)

"Under the program, your Utility notifies Google of the existence of a Rush Hour Rewards event, causing Google's servers to remotely inform your Google Nest thermostat ("Nest Thermostat") to automatically change the temperature setpoint in your home on that day, without any manual intervention by you."

Case 8:26-cv-02072-LKG    Document 1-8    Filed 05/26/26    Page 28 of 74

**ecobee eco+ utility integration**
https://www.ecobee.com/en-us/utilities/

# Increase enrollment in your demand response program.

Reduce load demand at scale with our smart thermostats and eco+ technology, tailor-made to increase program success and participation.

- eco+ automation technology helps streamline enrollment and participation in Energy Efficiency, Demand Response, Time of Use programs.

- Utility portals and APIs help manage customer engagement and participation in energy programs.

- Have thermostats pre-enrolled in select programs that are purchased in bulk or through a marketplace.

| | https://www.energyhub.com/industry-leading-technology |
|---|---|
| | Mercury DERMS supports and uses the latest open standards and protocols including OpenADR 2.0, IEEE 2030.5 (SEP 2.0), and DNP3 in addition to web service-based cloud-to-cloud integrations with select DER vendors.

https://web.archive.org/web/20260307121819/https://www.connectedsavings.com/demand-response/

**DYNAMIC ENERGY CONTROL**

As grid needs increase, no stone is left unturned in our suite of energy products. Water heater timers are rapidly being replaced with more dynamic energy control devices, including direct install modules, CTA-2045 devices, and native Wi-fi connections in the next generation of smart water heaters. Our platform uses cloud to cloud APIs and OpenADR2.0b to dynamically control your suite of water heater devices with advance control strategies to achieve your energy goals. |
| 8[d] wherein the at least one active load client receives at least one request message from the server, including preference information for the at least one power consuming device; | In each of the DR Systems, the at least one active load client receives at least one request message from the server, including preference information for the at least one power consuming device. For example, the smart thermostat and/or load switch ("active load client") receives an instruction ("request message") from the utility server, via for example OpenADR, cloud-to-cloud APIs and/or IEEE 2030.5 (SEP 2.0), that includes set points, cycling choices and/or comfort settings ("preference information for the at least one power consuming device").

**Resideo Connected Savings Privacy Policy:**
https://web.archive.org/web/20251012184533/https://www.connectedsavings.com/privacy-policy/

"We may use personally identifiable Usage Information to optimize your energy consumption by determining your house location and your comfort settings (temperature settings per day-part and season |

Case 8:26-cv-02072-LKG    Document 1-8    Filed 05/26/26    Page 29 of 74

| | where you are comfortable) to keep you comfortable and optimize with the local weather conditions or help during high grid demand events." **EnergyHub Privacy Policy** https://www.energyhub.com/privacy-policy We use personally identifiable Usage Information to provide utilities, Device providers and consumers with a consumer's energy use data, to help consumers set energy goal/budgets and track a consumer's progress, to optimize and support our grid service offerings (e.g., demand response in the EnergyHub Platform) and to optimize the performance of your System. We may also use Usage Information for customer support, System restoration, and research and development activities. We use this information where we have your consent (if we ask for it) or as necessary to perform a contract. "Usage Information" is information about a consumer's electrical usage or consumption relating to electrical loads monitored by the System (including smart meter data), a consumer's electric vehicle electrical usage, solar panel performance, a consumer's overall household electrical usage, set point temperature, change of state and other information about the use and performance of Devices and HVAC systems. We receive this type of information from Devices, the Websites, the EnergyHub Platform, and the Services as they are used in the System, and we may also receive and collect Usage Information from third parties. Our Services may use data from your Device and from a real-time, local weather sensor network to optimize and manage your Device settings based on the weather for energy efficiency and grid stability. |
|---|---|

We also "anonymize" Consumer Information by removing any identifier that can be associated with your personal Contact Information. Anonymous Consumer Information may be associated with or include other Account Information or Consumer Information that does not identify you. It allows us to understand usage of the System at a ZIP code level. Anonymous Consumer Information helps us develop reports and analyses about how consumers and users use our System and for other research such as research regarding behavioral inferences. We may share anonymous Consumer Information and reports and analyses based on anonymous Consumer Information publicly or with third party partners, utility companies, Device partners or service providers. We also use anonymous Consumer Information to troubleshoot technical issues with our System and to compile statistics and reports of usage of the System. To enable technical support, anonymous Consumer Information may be identified by an anonymous random identifier, which is not capable of being connected to any of your personally identifiable Consumer Information. To further protect your privacy, anonymous Consumer Information does not include Contact Information or any other information that would identify any specific individual or household. We use this information pursuant to our legitimate interests and as necessary to perform a contract.

**Maryland Public Service Commission, The EmPOWER Maryland Energy Efficiency Act Report of 2025 at 14:**

https://psc.maryland.gov/wp-content/uploads/2025/11/2025-EmPOWER-Maryland-Energy-Efficiency-Act-Standard-Report-Final.pdf

Customers who have chosen to participate in the direct load control (DLC) programs included in the Utilities' demand response portfolios have a switch or thermostat installed at their properties to briefly curtail usage of central air conditioning or an electric heat pump in instances of system reliability issues or high electricity prices during critical peak hours. Each direct load control DR program includes the following common components: . . . (4) with the exception of the SMECO DR program, customers can select one of three cycling choices (50 percent, 75 percent, or 100 percent).[32] Utilities will invoke the cycling process when PJM calls for an emergency event or if the Utilities

individually determine that an event is necessary during summer peak season. Table 10 summarizes the incentives offered by the Utilities to the residential program participants.

[32] The three cycling choices represent the air conditioner compressor working cycled reduced by 50 percent, 75 percent, and 100 percent under PJM- or utility-invoked emergency events during summer peak season. SMECO only offers a 50 percent and 75 percent cycling level with corresponding bill credits of $50 and $75 during the summer months.

**Table 10 Utilities' Incentive Levels for Residential Demand Response Program Participants**

| Utility | 50% Cycling | | 75% Cycling | | 100% Cycling | | Bill Credit Months |
|---|---|---|---|---|---|---|---|
| | Installation Incentive | Annual Bill Credit | Installation Incentive | Annual Bill Credit | Installation Incentive | Annual Bill Credit | |
| BGE | $50 | $50 | $75 | $75 | $100 | $100 | Jun.–Sept. |
| Pepco | $40 | $40 | $60 | $60 | $80 | $80 | Jun.– Oct. |
| DPL | $40 | $40 | $60 | $60 | $80 | $80 | Jun.– Oct. |
| SMECO | *** | $50 | *** | $75 | N/A | N/A | Jun.– Oct. |

31

Case 8:26-cv-02072-LKG    Document 1-8    Filed 05/26/26    Page 33 of 74

https://homeenergysavings.delmarva.com/energywiserewards/md/residential/participation

| Device Type | Cycling Options | Temperature Increase | Annual Reward* | Installation Credit** | Total Rewards for Your First 12 Months* |
|---|---|---|---|---|---|
| Program-installed thermostat or outdoor switch | 50% | 1-3 DEGREES | $40 | $40 | UP TO $80 |
| Program-installed thermostat or outdoor switch | 75% | 2-4 DEGREES | $60 | $60 | UP TO $120 |
| Program-installed thermostat or outdoor switch | 100% | 4-7 DEGREES | $80 | $80 | UP TO $160 |
| Bring Your Own Device (BYOD) thermostat | 50% | 1-3 DEGREES | $40 | | $40 |

Case 8:26-cv-02072-LKG    Document 1-8    Filed 05/26/26    Page 34 of 74

https://homeenergysavings.pepco.com/energywiserewards/md/residential/participation

| Device Type | Cycling Options | Temperature Increase | Annual Reward* | Installation Credit** | Total Rewards for Your First 12 Months* |
|---|---|---|---|---|---|
| Program-installed thermostat or outdoor switch | 50% | 1-3 DEGREES | $40 | $40 | UP TO $80 |
| Program-installed thermostat or outdoor switch | 75% | 2-4 DEGREES | $60 | $60 | UP TO $120 |
| Program-installed thermostat or outdoor switch | 100% | 4-7 DEGREES | $80 | $80 | UP TO $160 |
| Bring Your Own Device (BYOD) thermostat | 50% | 1-3 DEGREES | $40 | | $40 |

https://greatergrid.com/enroll/programs/thermostats/smeco/faq_1/

- Participants agree to brief thermostat adjustments of 4 degrees or less during peak electric demand periods from **June through October.** Adjustments to your thermostat typically occur on weekdays and last no more than four hours. (Unless there is a system emergency, peak periods do not occur on weekends or holidays.)

https://www.thermostatrewards.com/bge/faq/

"Participants agree to brief, limited adjustments of up to four degrees on their thermostats during peak electric demand periods from May through October. Enrolled customers can anticipate up to 15 adjustment events per summer. Adjustments will typically not occur on weekends or holidays."

|  |  |
|---|---|
|  | • At the start of an adjustment event, your thermostat will be automatically adjusted up to four degrees above the current temperature.<br>• The adjustment will typically last no more than six hours on non-holiday weekdays.<br>• Once the temperature adjustment is over, your thermostat will return to its normal set point and/or schedule.<br>• In some cases, your thermostat may be adjusted up to three degrees cooler prior to an adjustment event to precool your home.<br>• You can opt out of an event at any time from your mobile device, web browser or thermostat. |
| 8[e] wherein based on the preference information, the at least one active load client transmits at least one power reduction command to the at least one power consuming device; | In each of the DR Systems, based on the preference information, the at least one active load client transmits at least one power reduction command to the at least one power consuming device.<br><br>For example, a smart thermostat or load switch ("one active load client") receives from the Resideo Platform or EnergyHub Platform modified set point information and/or cycling information based on the respective customer's location, cycling level, set point and/or comfort level information ("preference information") which causes the smart thermostat or load switch to turn off the HVAC unit until the modified set point is reached or until the cycling reduction preference is met ("transmits at least one power reduction command to the at least one power consuming device").<br><br>*See* 8[d] above. |
| 8[f] wherein the at least one power reduction command causes the at least one power consuming device to turn off in near real time; | In each DR System, the at least one power reduction command causes the at least one power consuming device to turn off in near real time. For example, the smart thermostat or load switch cycles off the HVAC unit in real time upon receiving the instruction from the utility server. *See* 8[e] above. |

| | |
|---|---|
| | **Resideo ESG Report 2023**<br>https://www.resideo.com/us/en/-/media/Resideo/Consumer-Images/Sustainability/ESG%20Report%202023_.pdf/?rv=b2110e7c77cc433a9479ef8196975d0a<br><br>**GRID SERVICES**<br><br>**Resideo Grid Services is a platform that helps manage energy usage more efficiently.**<br><br>Resideo Grid Services operates a platform that enhances grid reliability and resilience by managing energy resources during peak periods to prevent overloading the grid. Partnering with utilities to operate Demand Response programs, our platform uses advanced analytics and real-time monitoring to adjust the electricity consumption of hundreds of thousands of end-customer loads, aiding in the balancing of energy supply and demand and ensuring grid stability.<br><br>https://www.energyhub.com/edge-derms-platform/platform-overview<br><br>**Reliable flexibility at every level of the grid**<br><br>Benefit from flexibility any time of the year, any time of the day. Dispatch your VPP fleet for grid resilience and to relieve load congestion or constraints. Leverage real-time control, year-round flexibility, and bulk grid and local distribution impact. |

| | |
|---|---|
| 8[g] wherein the at least one meter generates an actual value corresponding to a reduction in power consumed by the at least one power consuming device; | In each of the DR Systems, the at least one meter generates an actual value corresponding to a reduction in power consumed by the at least one power consuming device.  For example, PJM requires the Maryland Utilities to obtain meter data ("an actual value") reflecting the power consumed by the HVAC during the demand response event ("corresponding to a reduction in power consumed by the at least one power consuming device"). <br><br> **PJM Open Access Transmission Tariff, Attachment K, Section 8.3** <br><br> The Emergency Load Response Program and Pre-Emergency Load Response Program participants must meter reductions in demand by using either of the following two methods: <br><br>    a) Using metering equipment that is capable of recording integrated hourly values for generation running to serve local load (net of that used by the generator); or <br><br>    b) Using metering equipment that provides actual load change by measuring actual load before and after the reduction request, such that there is a valid integrated hourly value for the hour prior to the event and each hour during the event. This **value cannot be estimated nor can it be averaged over some historical period.** This load will be metered on an electric distribution company account basis, or metered on a representative sample of Electric Distribution Company accounts for non-interval metered residential Direct Load Control in accordance with the PJM Manuals. <br><br> **PJM Manual 11** <br><br> ## 10.4 Demand Resource Metering and Settlement Data Requirements <br><br> The settlements submitted to PJM by CSPs must conform to the following requirements for data, including metered data, and CBL calculations. All settlement related calculations for Economic and Emergency Demand Resources are provided in PJM Manual 28: Operating Agreement Accounting. |

Case 8:26-cv-02072-LKG   Document 1-8   Filed 05/26/26   Page 37 of 74

| | |
|---|---|
| | **10.4.1 Metered Data**<br><br>Demand Resources must be equipped with interval meters recording electrical usage at the EDC account level. The interval of data collection must be sufficient to provide PJM with hourly, one minute or real time load data as applicable for the wholesale market. Residential Direct Load Control (RDLC) aggregates may have interval meters installed on a statistical sample of EDC accounts per PJM Manual 19: Load Forecasting and Analysis, Attachment C and subject to PJM approval. |
| 8[h] wherein the actual value is generated based on government approved methods of calculation established under Federal Energy Regulatory Commission (FERC) Order 745 or an independent system operator (ISO) for the at least one power consuming device; | For each DR System, the actual value is generated based on government approved methods of calculation established under Federal Energy Regulatory Commission (FERC) Order 745 or an independent system operator (ISO) for the at least one power consuming device.  For example, PJM, FERC, the state of Maryland and/or other authorities require that the metered data ("actual value") is generated according certain approved methods.<br><br>**FERC Order 745**<br><br>93.  The Commission agrees with commenters who assert that measurement and verification are critical to the integrity and success of demand response programs. Without a determination of a demand response provider's expected use of power, the ISOs and RTOs cannot determine whether that provider has in fact reduced its energy usage when paid to do so. Towards that end, all the RTOs and ISOs already have measurement and verification protocols for their demand response programs. In addition, we have adopted Phase I standards for measurement and verification published by the North American Energy Standards Board, and have recognized the potential benefits of the continuing NAESB effort to craft Phase II standards with more substantive and consistent wholesale standards for measurement and verification.<br><br>**PJM Open Access Transmission Tariff, Attachment K, Section 8.3**<br><br>The Emergency Load Response Program and Pre-Emergency Load Response Program participants must meter reductions in demand by using either of the following two methods: |

Case 8:26-cv-02072-LKG   Document 1-8   Filed 05/26/26   Page 39 of 74

c) Using metering equipment that is capable of recording integrated hourly values for generation running to serve local load (net of that used by the generator); or

d) Using metering equipment that provides actual load change by measuring actual load before and after the reduction request, such that there is a valid integrated hourly value for the hour prior to the event and each hour during the event. This value cannot be estimated nor can it be averaged over some historical period. This load will be metered on an electric distribution company account basis, or metered on a representative sample of Electric Distribution Company accounts for non-interval metered residential Direct Load Control in accordance with the PJM Manuals.

**PJM Reliability Assurance Agreement:**

5.   A Curtailment Service Provider intending to offer for sale or designate for self-supply, a Demand Resource in any RPM Auction, or intending to include a Demand Resource in any FRR Capacity Plan must demonstrate, to PJM's satisfaction, that such resource shall have the capability to provide a reduction in demand, or otherwise control load, on or before the start of the Delivery Year for which such resource is committed. As part of such demonstration, each such Curtailment Service Provider shall submit a Demand Resource Sell Offer Plan in accordance with the standards and procedures set forth in RAA, Schedule 6, section A-1; RAA, Schedule 8.1 (as to FRR Capacity Plans) and the PJM Manuals, no later than 30 days prior to, as applicable, the RPM Auction in which such resource is to be offered, or the deadline for submission of the FRR Capacity Plan in which such resource is to be included. PJM may verify the Curtailment Service Provider's adherence to the Demand Resource Sell Offer Plan at any time. A Curtailment Service Provider with a PJM-approved Demand Resource Sell Offer Plan will be permitted to offer up to the approved Demand Resource quantity into the subject RPM Auction or include such resource in its FRR Capacity Plan.

**PJM Manual 11 at 207**
- All metering equipment shall, at a minimum, meet appropriate ANSI c12.1 and c57.13 standards to ensure the metering equipment is within the Tariff defined accuracy standards.
- Metering equipment used for Ancillary Services shall meet additional requirements as defined in the PJM Tariff and/or Manuals.

| | PJM Manual 5 |
|---|---|
| | **5.3.1 Collection Intervals and Units**<br>Billing metering systems collect or accumulate watt-hours over a specified time interval. Common time intervals are fifteen minutes, thirty minutes, and sixty minutes. For some services billing meter data may be transmitted or submitted at a larger time interval than originally collected or accumulated as the metering system permits.<br><br>Billing metering systems provide watt-hour data, which is a measurement of transacted electric energy. The standard PJM engineering unit is a megawatt-hour (MWh), which data submissions to PJM should be scaled to. The minimum allowable data precision for submissions to PJM may be as small as a kilowatt-hour (kWh) depending on requirements by specific services, local or state regulations, host utilities, service providers, or as are mutually agreed upon by the parties involved.<br><br>**5.3.2 Primary Billing Meter Accuracy**<br>A "Primary" meter shall be established for each transaction location with PJM. The minimum metering accuracy for each measuring device is defined by prevailing ANSI standards. The standards in this attachment are a minimum requirement, and do not supersede more restrictive agreements. In cases in which standards differ, the most restrictive criteria take precedence.<br><br>The manufactured accuracy class of all energy interchange billing devices in the metering system should be accurate within ±0.3% of full scale. |

Case 8:26-cv-02072-LKG    Document 1-8    Filed 05/26/26    Page 40 of 74

The requirement for Primary Billing Metering System accuracy is:

- Metering Accuracy: Within ±1% of true value.

More restrictive standards may be required by local or state regulations, host utilities, service providers or as are mutually agreed upon by the parties involved.

Each metering point location used for billing is tested by the owner of the equipment at intervals of two years and its accuracy of registration maintained in accordance with good practice. At the request of any party, an individual metering point location will be tested, but, if an error of less than ±1.0% is observed, the requesting party will pay for the test. PJM is to be notified of the error for auditing purposes.

**PJM Operating Agreement**

**14.2    Metering Procedures.**

Procedures with respect to maintenance, testing, calibrating, correction and registration records, and precision tolerance of all metering equipment shall be in accordance with Good Utility Practice.  The expense of testing any meter shall be borne by the party owning such meter, except that when a meter tested upon request of another party is found to register within the established tolerance the party making the request shall bear the expense of such test.

"Good Utility Practice" shall mean any of the practices, methods and acts engaged in or approved by a significant portion of the electric utility industry during the relevant time period, or any of the practices, methods and acts which, in the exercise of reasonable judgment in light of the facts known at the time the decision was made, could have been expected to accomplish the desired result at a reasonable cost consistent with good business practices, reliability, safety and expedition.  Good Utility Practice is not intended to be limited to the optimum practice, method, or act to the exclusion of all others, but rather is intended to include acceptable practices, methods, or acts generally accepted in the region; including those practices required by Federal Power Act Section 215(a)(4).

| 8[i] wherein the at least one meter communicates the actual value with the server via an advanced metering infrastructure; | In each DR System, the at least one meter communicates the actual value with the server via an advanced metering infrastructure. For example, each of the DR Systems uses AMI to communicate meter data ("actual value") with the utility servers.<br><br>**Public Service Commission Of Maryland, Order On Implementation Of FERC Order No. 2222 And Virtual Power Plants In Maryland, Case No. 9778, Order No. 91603, April 11, 2025**<br><br>"The Commission notes that all of the major Maryland utilities with the exception of Potomac Edison have AMI metering systems."<br><br>**FERC 2025 Assessment of Demand Response and Advanced Metering**<br>https://www.ferc.gov/sites/default/files/2025-12/25_Annual%20Assessment%20of%20Demand%20Response_1212.pdf<br><br>The Energy Information Administration (EIA) defines advanced metering infrastructure (AMI) (also referred to as "advanced meters" throughout this report) as meters that measure and record usage data, at a minimum, in hourly intervals and provide usage data at least daily to energy companies and may also provide data to consumers.<br><br>*Enerwise Global Technologies, LLC v. PJM Interconnection, L.L.C.*, **188 FERC ¶ 61,191 (Sept. 19, 2024)**<br><br>CPower argues that Curtailment Service Providers like CPower that want to aggregate residential customers to provide demand response face a barrier to participation in the PJM markets.7 CPower states that PJM requires large volumes of data to enable participation for residential customers. CPower argues that electric distribution companies either cannot or will not provide Curtailment Service Providers with data from their advanced metering infrastructure (AMI) systems and meters to enable participation at scale, i.e., aggregating thousands of residential customers. In addition, CPower contends, the Tariff permits statistical sampling only if the electric distribution company has not installed AMI systems and meters. CPower contends that electric distribution companies have extensively adopted AMI systems and meters for residential customers in PJM, and the Tariff does not permit statistical sampling for those customers.<br>. . . |

CPower indicates that it would not be unreasonable to require electric distribution companies to certify to PJM if they can make the required AMI data economically available to enable Curtailment Service Providers to serve residential customers.

. . .

PJM argues that allowing interval metered residential customers to have their usage measured by statistical sampling would reduce the accuracy of load reduction measurement, result in less accurate settlements, adversely impact both load and generator interests, and would be contrary to PJM's history of revising rules around residential demand response customer participation to increase accuracy as time and technology improve, which is especially relevant in light of the issues stemming from Winter Storm Elliott.

. . .

While we find that CPower has not provided sufficient evidence to meet its FPA section 206 burden, we recognize the concern that, under PJM's Tariff, residential demand response may not be able to participate in PJM's wholesale markets if an electric distribution company is unable or unwilling to provide the requisite AMI data.

. . .

in places where metered interval data exist, PJM requires the use of actual metered data

**PJM – Price Responsive Demand**
https://www.pjm.com/-/media/DotCom/about-pjm/newsroom/fact-sheets/price-responsive-demand.pdf



**Price Responsive Demand**

Price responsive demand is the ability of consumers to control their energy expenditures by changing their electricity use in response to wholesale electricity prices. To assist the development of price responsive demand, PJM Interconnection has created business rules that support the deployment of the advanced metering infrastructure and retail rate approaches needed to enable consumers, including residential and small commercial customers, to receive and act on wholesale electricity prices in real time.

**PJM Manual 18 at 46**

AMI is required in support of the PRD installation:
- In jurisdictions where the PRD program is under the jurisdiction of a RERRA, the PRD Provider shall use the AMI infrastructure in conformance with RERRA requirements. Furthermore, the AMI system shall be designed to allow for full implementation of PRD including metering reading requirements, supervisory control requirements, and all other requirements developed under the PJM RAA, PJM Operating Agreements, OATT and PJM Manuals.
- In jurisdictions where PRD Provider is not required to obtain RERRA approval for the PRD program, the PRD Provider shall use an automated metering infrastructure that effects the needed operational requirements for PRD. Furthermore, the metering infrastructure shall be designed to allow for full implementation of PRD including meter reading requirements, supervisory control requirements, and all other requirements developed under the PJM RAA, PJM Operating Agreements, OATT and PJM Manuals.
- The meter utilized to measure consumption for the purpose of retail billing shall also be the meter utilized to measure consumption for the purpose of PRD participation.

**Exelon Utilities' (BGE, Pepco, Delmarva) response to Commission Order No. 91603 – Implementation of FERC Order No. 2222 and Virtual Power Plants in Maryland, Case No. 9778, Oct. 10, 2025, at 31-32**

"[I]t is important to outline how meter data is currently collected and utilized by the Exelon Utilities. The graphics below illustrate this:"

43



**SMECO's response to Commission Order No. 91603 – Implementation of FERC Order No. 2222 and Virtual Power Plants in Maryland, Case No. 9778, Oct. 10, 2025, at 4**

IV.    <u>Device-Level Metering</u>

Device-level metering could strongly support the case for DERs as electric system assets by quantifying their contributions in terms of capacity, energy, and volt-var support among other benefits. There is an unfortunate disconnect between the value of this data and the difficulty and cost necessary to operate it. Existing utility metering at SMECO uses advanced metering infrastructure ("AMI") that wirelessly communicates 15-minute interval data to the centralized meter data management system. The communications bandwidth is currently saturated to the point that no additional devices could transmit data back without either costly upgrades or a reduction in interval data reads. Even AMI 2.0 would not provide sufficient connectivity to achieve a virtual power plant ("VPP") solution.

Case 8:26-cv-02072-LKG    Document 1-8    Filed 05/26/26    Page 46 of 74

| | |
|---|---|
| 8[j] wherein the server aggregates the actual value for each of the at least one power consuming device into at least one Power Trade Block (PTB) unit able to be sold on an energy settlement marketplace; and | In each DR System, the server aggregates the actual value for each of the power consuming devices into at least one Power Trade Block (PTB) unit able to be sold on an energy settlement marketplace.  For example, as required by PJM, a utility server must collect meter data for each customer ("actual value for each of the at least one power consuming device") and then aggregate that data for submission and payment/settlement ("aggregates . . . into at least one Power Trade Block (PTB) unit able to be sold on an energy settlement marketplace").<br><br>**Schedule 6 to the Reliability Assurance Agreement at 9:**<br><br>Each Curtailment Service Provider must satisfy (or contract with another LSE, Curtailment Service Provider, or electric distribution company to provide) the following requirements:<br>. . .<br>   f)   Customer-specific compliance and verification information for each PJM-initiated Demand Resource event or test event, <u>as well as aggregated Provider load drop data for Provider-initiated events,</u> in accordance with established reporting guidelines.<br><br><br>**PJM Operating Agreement**<br><br>**1.5A.10   Aggregation for Economic Load Response Registrations.**<br><br>The purpose for aggregation is to allow the participation of end-use customers in the Energy Market that can provide less than 0.1 megawatt of demand response when they currently have no alternative opportunity to participate on an individual basis or can provide less than 0.1 megawatt of demand response in the Secondary Reserve, Synchronized Reserve or Regulation markets when they currently have no alternative opportunity to participate on an individual basis. Aggregations pursuant to section 1.5A.1 above shall be subject to the following requirements:<br><br>   i)  All end-use customers in an aggregation shall be specifically identified;<br>   . . .<br>   vi) Each end-use customer site must meet the requirements for market participation by an Economic Load Response Participant resource except for the 0.1 megawatt minimum load reduction |

requirement for energy or the 0.1 megawatt minimum load reduction requirement for Ancillary Services; and

**1.5A.10.01  Aggregation for Economic Load Response Regulation Only Registrations**

The purpose for aggregation is to allow the participation of end-use customers in the Regulation market that can provide less than 0.1 megawatt of demand response when they currently have no alternative opportunity to participate on an individual basis. Aggregations pursuant to section 1.5A.1 above shall be subject to the following requirements:

i)  All end-use customers in an aggregation shall be specifically identified;

ii) All end-use customers in the aggregation must be served by the same electric distribution company and must also be part of the same Transmission Zone; and

iii)Each end-use customer site must meet the requirements for market participation by an Economic Load Response Participant resource except for the 0.1 megawatt minimum load reduction requirement for Regulation service.

**8.11  Emergency Load Response and Pre-Emergency Load Response Participant Aggregation.**

Energy settlement will be based on each individual customer's load reductions, or a current statistical sample of end-use customers' load reductions for non-interval metered residential Direct Load Control customers as set forth in the PJM Manuals, pursuant to section 3.3A of Schedule 1 of this Agreement, the PJM Reliability Assurance Agreement Among Load Serving Entities in the PJM Region and the PJM Manuals. Capacity compliance will be based on each individual customers' load reductions, or a current statistical sample of end-use customers' load reductions, and then aggregated pursuant to section 3.3A of Schedule 1 of this Agreement, the PJM Reliability Assurance Agreement Among Load Serving Entities in the PJM Region and the PJM Manuals; and

**PJM Manual 11**

## 10.2.2.1 Dispatch Groups

- Economic Demand Resource registrations may be associated with a dispatch group. The dispatch group will allow the CSP to have one Real-time or Day-ahead Energy Market bid for the entire dispatch group.
- The dispatch group must have registrations with the same Transmission Zone and energy market pricing point.
- Registrations that participate in ancillary service markets will not be permitted to use a dispatch group unless approved by PJM.
- Registrations cannot be in a dispatch group and as a standalone registration. This will ensure that each registration is only available to bid once in the market and avoid duplications.
- Registrations must be confirmed before they may be added to a dispatch group.
- Registrations that clear in the Day-ahead Market are not allowed to be assigned to a dispatch group on same day it cleared in Day-ahead Market. If the CSP does try to assign the registration to a dispatch group on such day then PJM will remove the registration from the dispatch group because this may create a conflict between the single registration that cleared in the Day-ahead Market and the dispatch group that may be dispatched in the Real-time Market for same Operating Day.
- The CSP is responsible for ensuring that at least one registration is in a dispatch group when bid in the Day-ahead or Real-time Energy Market through the appropriate PJM system.

### Dispatch Group Settlements

To calculate the reductions achieved by the Dispatch Group after an economic event, individual settlements need to be created in DR Hub.

- The CBL needs to be calculated in order to calculate the reductions for the individual Registrations.

- The Dispatch Group economic events are de-aggregated to the Registration level settlement based on the Registrations in the Dispatch Group early in the morning the day after the Operating Day. The individual settlements are submitted by the CSP based on the normal Registration level settlement process.
- The total reduction for the Dispatch Group is calculated once a day as the sum of all the reductions of the settlements. Once all of the settlements in the Dispatch Group reach their final state, the Dispatch Group load reduction is settled.
- The final state for a Dispatch Group economic settlement is achieved when all of the individual settlements within the Dispatch Group achieve the following status:
  - All settlements in Dispatch Group are confirmed.
  - Prior to the 60th day after the event, the CSP may mark the Dispatch Group ready for settlement. Once this has occurred, no further updates to any settlements may be done in the Dispatch Group.
  - On the 61st day after the event and all settlements are either confirmed, withdrawn or expired.
  - Once the 75th day after the event has been reached, the Dispatch Group settlement is sent to settlements regardless of the individual status of any settlements in the group.
- Dispatch Groups that are cleared or dispatched are evaluated at the Dispatch Group level when evaluating BOR. Deviations and BOR are assessed based on the reduction of the Dispatch Group.
- Market Settlements provides a settlement report based on Dispatch Group(s) and not by Registrations.

*Enerwise Global Technologies, LLC v. PJM Interconnection, L.L.C.*, **188 FERC ¶ 61,191 (Sept. 19, 2024)**

CPower argues that Curtailment Service Providers like CPower that want to aggregate residential customers to provide demand response face a barrier to participation in the PJM markets. CPower states that PJM requires large volumes of data to enable participation for residential customers.  CPower argues

Case 8:26-cv-02072-LKG    Document 1-8    Filed 05/26/26    Page 50 of 74

that electric distribution companies either cannot or will not provide Curtailment Service Providers with data from their advanced metering infrastructure (AMI) systems and meters to enable participation at scale, i.e., aggregating thousands of residential customers. In addition, CPower contends, the Tariff permits statistical sampling only if the electric distribution company has not installed AMI systems and meters. CPower contends that electric distribution companies have extensively adopted AMI systems and meters for residential customers in PJM, and the Tariff does not permit statistical sampling for those customers.

https://www.pjm.com/-/media/DotCom/about-pjm/newsroom/fact-sheets/demand-response-fact-sheet.pdf



**Demand Response**

- Curtailment Service Providers act as brokers for eligible electricity consumers. They aggregate customer bids and offer them into PJM wholesale electricity markets.

CSPs aggregate customers' curtailment capability, register that capability with PJM, offer it in the appropriate market, submit load data to verify the reductions and receive payment from PJM. Subsequent allocation of PJM payment between the CSP and the retail customer is a matter of private agreement.

Case 8:26-cv-02072-LKG     Document 1-8     Filed 05/26/26     Page 51 of 74

| | https://web.archive.org/web/20220622064851/https://www.energyhub.com/platform/ <br><br> **Settlement** <br><br> Enabling the settlement of capacity in various energy markets <br><br> **DER monitoring** <br><br> Fundamental information such as DER connectivity, operating mode, location, real-time load to inform utility load management strategies. <br><br> https://web.archive.org/web/20251017142606/https://www.connectedsavings.com/demand-response/ <br><br> **ADVANCED GRID SERVICES** <br><br> Our CSI platform provides advanced grid services, including Community Power Plants(R), allowing utilities and energy providers to monetize energy reduction for Coincident Peak, emergency services, energy arbitrage, and more. |
| --- | --- |

Case 8:26-cv-02072-LKG    Document 1-8    Filed 05/26/26    Page 52 of 74

| | |
|---|---|
| 8[k] wherein the at least one active load client transmits at least one update message to the server, wherein the at least one update message includes information regarding a status of the at least one power consuming device; | In the DR Systems, the at least one active load client transmits at least one update message to the server, wherein the at least one update message includes information regarding a status of the at least one power consuming device.  For example, smart thermostats ("at least one active load client") send a message ("update message") to the utility servers, using for example OpenADR, cloud-to-cloud APIs and/or IEEE 2030.5 (SEP 2.0),  that includes information regarding the status of a respective HVAC unit ("power consuming device"), including but not limited to whether the HVAC is participating in a DR event.<br><br>**EnergyHub Privacy Policy (describing data collected by EnergyHub)**<br>https://www.energyhub.com/privacy-policy<br><br>"Device Utilization Information" is data that contains detailed information about the operation of a Device in a consumer's home, such as a connected thermostat, electric vehicle or charger, battery or other connected device and includes internal environmental monitoring such as abnormal changes in a component's temperature. Device Utilization Information records are collected whenever a Device is connected to the System. Device Utilization Information is linked to your Account Information. Device Utilization Information does not include Usage Information.<br><br>**EnergyHub DERMS Fact Sheet v. 3.18**<br>https://cdn2.hubspot.net/hubfs/415845/Fact%20sheets/EnergyHub_DERMS_FactSheet_3.18.pdf<br><br>The Mercury DERMS provides utilities visibility of and intelligence from DERs to inform grid operations. This includes identification and monitoring of DERs, forecasting the flexibility of different classes of DERs to provide grid services, and forecasting load across all levels of grid hierarchy. These data streams can be used to fine-tune state estimation and asset modeling for power flow simulations by complementary systems such as the ADMS. |

Case 8:26-cv-02072-LKG    Document 1-8    Filed 05/26/26    Page 53 of 74

**EnergyHub BYOT Fact Sheet v. 4**
https://info.energyhub.com/hubfs/Fact%20sheets/EnergyHub%20BYOT%20fact%20sheet_v4.pdf

- Integrations with all of the leading connected device brands that enable utilities to aggregate, monitor, and dispatch devices applicants

https://web.archive.org/web/20220622064851/https://www.energyhub.com/platform/



https://www.energyhub.com/industry-leading-technology

The Mercury DERMS is integrated with the leading DER vendors in the industry. These integrations allow for more granular insight and control that inform the platform's sophisticated multi-DER optimization models. This transforms the diversity of our DER portfolio directly into a strength, with widely varying resource profiles complementing each other to deliver a more robust flexibility to the utility.



Mercury DERMS supports and uses the latest open standards and protocols including OpenADR 2.0, IEEE 2030.5 (SEP 2.0), and DNP3 in addition to web service-based cloud-to-cloud integrations with select DER vendors.

| | |
|---|---|
| | **Resideo Connected Savings Privacy Policy**<br>https://web.archive.org/web/20251012184533/https://www.connectedsavings.com/privacy-policy/<br><br>• **Service Information** - means information necessary or useful to us in providing CS to you. Examples of Service Information include your home profile (including ZIP Code and home size), home system configuration (including appliances or other technology monitored by CS, schedule, mode, automation of these settings), Communicating Devices in your home (including types, model numbers and software version numbers), and the level of Service. Certain Service Information is collected and transmitted to us whenever a Communicating Device is connected to the CS services. In the event that you contact us for customer support, we may also request that you provide additional Contact Information or Service Information relevant to the support requested by you. You are under no obligation to provide such information. However, we cannot guarantee that we can provide customer support in the event that relevant information related to the use of CS is not provided. We may retain communications relating to customer support, and information drawn from such communications, for statistical and reference purposes.<br><br>• **Communicating Device Utilization Information**: Communicating Device Utilization Information is data that contains detailed information about the operation of a Communicating Device in your home, such as a connected thermostat, communicating appliance, internal environmental monitoring such as abnormal changes in a component's temperature and operating level or other technology connected to the Services. Communicating Device Utilization Information records are collected whenever a Communicating Device is connected to CS. Communicating Device Utilization Information is linked to your Account Information. Communicating Device Utilization Information does not include Usage Information. |

| 8[l] wherein the actual value is utilized as contingency reserves for a power utility and/or grid operator; | In each DR System, the actual value is utilized as contingency reserves for a power utility and/or grid operator. For example, the servers of the Maryland Utilities ("a power utility and/or grid operator") use the load data received from the meters ("actual value") as real-time, day ahead, synchronized and/or secondary reserves ("contingency reserves") for a power utility and/or grid operator.<br><br>**PJM Operating Agreement**<br><br>(f) For demand response resources, Revenue Data for Settlements may be five-minute revenue meter data submitted to the Office of the Interconnection or hourly revenue meter data submitted to the Office of the Interconnection and flat profiled over a set of dispatch intervals in the hour.<br><br>**PJM Manual 11**<br><br>**2.1.1 Fast-Start Capable Resources**<br>Fast-Start Resources are generation or Economic Load Response Participant Resources that are capable of operating with a notification time plus startup time of one hour or less and a Minimum Run Time of one hour or less or minimum down time of one hour or less. The following unit types are deemed capable of operating as Fast Start Resources by default:<br>  • Fuel Cells<br>  • CTs<br>  • Diesels<br>  • Hydro<br>  • Battery<br>  • Solar<br>  • Landfill<br><br>  • Wind<br>  • Hybrid Resource<br>  • Economic Load Response |

### 2.1.3 Eligible Fast-Start Resources

A Fast-Start Resource shall be an Eligible Fast-Start Resource when the following apply:

1. A generation resource is committed on an offer with a notification time plus startup time of one hour or less and a Minimum Run Time of one hour or less.

2. An Economic Load Response Participant resource is committed on an offer with a notification time of one hour or less and a Minimum Down Time of one hour or less.

## 10.1 Overview of Demand Resource Participation

PJM Economic Load Response enables Demand Resources to respond to PJM Energy, Synchronized Reserve, and/or Secondary Reserve prices by reducing consumption and receiving a payment for the reduction or following PJM signal to reduce or increase load if providing regulation services.

- The Day-ahead Option provides a mechanism by which any qualified Market Participant may offer Demand Resources the opportunity to reduce the load they draw from the PJM system in advance of Real-time operations and receive payments based on Day-ahead LMP for the reductions.

- The Real-time Option provides a mechanism by which any qualified Market Participant may offer Demand Resources the opportunity to commit to a reduction and receive payments based on Real-time LMP for the reductions.

## 10.2 Demand Resource Registration Requirements

CSPs shall register Demand Resources that choose to participate in the PJM Energy, Reserves, Capacity, or Regulation Market according to the rules and requirements set forth below. A CSP is required to have effective agreement with a customer to register a location.

Case 8:26-cv-02072-LKG    Document 1-8    Filed 05/26/26    Page 58 of 74

| | |
|---|---|
| | *10.4 Demand Resource Metering and Settlement Data Requirements*<br>The settlements submitted to PJM by CSPs must conform to the following requirements for data, including metered data, and CBL calculations. All settlement related calculations for Economic and Emergency Demand Resources are provided in PJM Manual 28: Operating Agreement Accounting.<br><br>**PJM Manual 18**<br><br>**4.3.2 Types of Load Management Programs**<br>PJM recognizes three types of Load Management programs:<br><br>• Firm Service Level (FSL) – Load management achieved by a customer reducing its load to a pre-determined level (the Firm Service Level), upon notification from the resource provider's market operations center or its agent.<br><br>• Guaranteed Load Drop (GLD) – Load management achieved by a customer reducing its load by a pre-determined amount (the Guaranteed Load Drop), upon notification from the resource provider's market operations center or its agent. Typically, the load reduction is achieved through running customer-owned backup generators, or by shutting down process equipment.<br><br>For each type of recognized Load Management Program, there can be three notification periods:<br><br>• 30 Minute Lead Time – Load management which must be fully implemented in 30 minutes or less from the time the PJM dispatcher notifies the market operations center of a curtailment event.<br><br>• 60 Minute Lead Time – Load management which requires more than 30 minutes but no more than one hour, from the time the PJM dispatcher notifies the market operations center of a curtailment event, to be fully implemented.<br><br>• 120 Minute Lead Time - Load management which requires more than one hour but no more than two hours, from the time the PJM dispatcher notifies the market operations center of a curtailment event, to by fully implemented. |

| 8[m] wherein the server receives a request for amounts of one or more specific types of operating reserves; and | For each of the DR Systems, wherein the server receives a request for amounts of one or more specific types of operating reserves. For example, the utility servers receive, for example through operator input in a control center, a request for reserves associated with day-ahead or real time, or energy, reserves, capacity, ancillary and/or regulation markets ("amounts of one or more specific types of operating reserves").<br><br>**PJM Manual 11**<br><br>**2.1.1 Fast-Start Capable Resources**<br>Fast-Start Resources are generation or Economic Load Response Participant Resources that are capable of operating with a notification time plus startup time of one hour or less and a Minimum Run Time of one hour or less or minimum down time of one hour or less. The following unit types are deemed capable of operating as Fast Start Resources by default:<br><br>• Fuel Cells<br>• CTs<br>• Diesels<br>• Hydro<br>• Battery<br>• Solar<br>• Landfill<br><br>• Wind<br>• Hybrid Resource<br>• Economic Load Response |
|---|---|

Case 8:26-cv-02072-LKG   Document 1-8   Filed 05/26/26   Page 59 of 74

Case 8:26-cv-02072-LKG    Document 1-8    Filed 05/26/26    Page 60 of 74

### 2.1.3 Eligible Fast-Start Resources

A Fast-Start Resource shall be an Eligible Fast-Start Resource when the following apply:

1. A generation resource is committed on an offer with a notification time plus startup time of one hour or less and a Minimum Run Time of one hour or less.

2. An Economic Load Response Participant resource is committed on an offer with a notification time of one hour or less and a Minimum Down Time of one hour or less.

## 10.1 Overview of Demand Resource Participation

PJM Economic Load Response enables Demand Resources to respond to PJM Energy, Synchronized Reserve, and/or Secondary Reserve prices by reducing consumption and receiving a payment for the reduction or following PJM signal to reduce or increase load if providing regulation services.

- The Day-ahead Option provides a mechanism by which any qualified Market Participant may offer Demand Resources the opportunity to reduce the load they draw from the PJM system in advance of Real-time operations and receive payments based on Day-ahead LMP for the reductions.

- The Real-time Option provides a mechanism by which any qualified Market Participant may offer Demand Resources the opportunity to commit to a reduction and receive payments based on Real-time LMP for the reductions.

## 10.2 Demand Resource Registration Requirements

CSPs shall register Demand Resources that choose to participate in the PJM Energy, Reserves, Capacity, or Regulation Market according to the rules and requirements set forth below. A CSP is required to have effective agreement with a customer to register a location.

**PJM Manual 18**

### 4.3.2 Types of Load Management Programs

PJM recognizes three types of Load Management programs:

- Firm Service Level (FSL) – Load management achieved by a customer reducing its load to a pre-determined level (the Firm Service Level), upon notification from the resource provider's market operations center or its agent.

- Guaranteed Load Drop (GLD) – Load management achieved by a customer reducing its load by a pre-determined amount (the Guaranteed Load Drop), upon notification from the resource provider's market operations center or its agent. Typically, the load reduction is achieved through running customer-owned backup generators, or by shutting down process equipment.

For each type of recognized Load Management Program, there can be three notification periods:

- 30 Minute Lead Time – Load management which must be fully implemented in 30 minutes or less from the time the PJM dispatcher notifies the market operations center of a curtailment event.

- 60 Minute Lead Time – Load management which requires more than 30 minutes but no more than one hour, from the time the PJM dispatcher notifies the market operations center of a curtailment event, to be fully implemented.

- 120 Minute Lead Time - Load management which requires more than one hour but no more than two hours, from the time the PJM dispatcher notifies the market operations center of a curtailment event, to by fully implemented.

Case 8:26-cv-02072-LKG    Document 1-8    Filed 05/26/26    Page 62 of 74

**PJM Manual 13**

## 1.3 Communications

Effective communications are critical to ensure reliability during emergency operations. PJM conducts regular conference calls with System Operations Subcommittee representatives (TOs) as well as neighboring RCs BAs and TOPs during emergency operations. Attachment B defines Teleconference Protocol Guidelines. Any operational decisions made on these calls or otherwise outside of normal control room operations shall be followed with a call, between control rooms to confirm understanding of the decision by all parties.

Electronic communications and data quality are also critical. Interruptions to electronic communications can result in inaccurate analysis, inefficient dispatch and potential unreliable operations. Effective operator-to-operator or operator-to-support staff communications are essential to ensure reliable operations and quickly restore data communications.

- PJM dispatchers — Declare and implement emergency procedures
- Local Control Center (LCC) and Market Operations Centers (MOC) dispatchers — respond to PJM dispatcher requests for emergency procedures

Case 8:26-cv-02072-LKG    Document 1-8    Filed 05/26/26    Page 63 of 74

https://www.energyhub.com/edge-derms-platform/vpp-strategies/demand-response



62

Case 8:26-cv-02072-LKG    Document 1-8    Filed 05/26/26    Page 64 of 74

EnergyHub Whitepaper, Firm Load Dispatch
https://415845.fs1.hubspotusercontent-
na1.net/hubfs/415845/White%20papers%20(2021)/EnergyHub%20WhitePaper-
Firm%20Load%20Dispatch_2021.pdf

Case 8:26-cv-02072-LKG    Document 1-8    Filed 05/26/26    Page 65 of 74

| | |
|---|---|
| | The Resideo Platform:[13]<br><br>Ademco Inc., on behalf of itself and its affiliates, (hereinafter referred to as **Resideo**, "us", or "we"), offers the **Connected Savings (CS)** platform and associated services through a series of home and commercial energy programs. The CS platform offers management and insights to eligible Distributed Energy Resources ("**DERs**"). Eligible DERs may include any connected device that can be remotely adjusted to provide benefit to the grid and/or home resident, including, but not limited to, thermostats, electric vehicles, water heaters, solar panels, battery storage, and pool pumps. There are multiple services (hereinafter "**Services**") that may be provided within the CS program:<br><br>"**Required Connectivity**. Some portions of CS require a data connection between your DER and our servers." |
| 8[n] wherein the server is operable to determine when and to which of the at least one power consuming devices to send the at least one power reduction command based on the requested amounts of one or more specific types of operating reserves. | In each DR System, the server is operable to determine when and to which of the at least one power consuming devices to send the at least one power reduction command based on the requested amounts of one or more specific types of operating reserves.  For example, the Resideo Platform or EnergyHub Platform ("the server") determines when and to which of the HVAC units ("power consuming devices") to send updated setpoint and/or cycling instructions ("power reduction commands") based on the amount ("requested amount," e.g., in MW or kW) of curtailment requested ("one or more specific types of operating reserves").<br><br>*See* 8[j] above, describing PJM's aggregation ("determine when and to which of the at least one power consuming devices") requirements, which are necessarily followed by each of the Maryland Utilities in order to settle any market bids. |

[13] https://web.archive.org/web/20251012184533/https://www.connectedsavings.com/eula/.

| | |
|---|---|
| 9. The system of claim 8, wherein the server generates at least one consumer profile associated with the at least one active load client, wherein the preference information is included in the at least one consumer profile. | In each DR System, the server generates at least one consumer profile associated with the at least one active load client, wherein the preference information is included in the at least one consumer profile. For example, a utility server generates a customer profile that includes, among other information about a customer, preferences for cycling choices, set points or comfort settings, for example ("preference information").<br><br>*See* 8[d] above. |
| 12. The system of claim 8, wherein the preference information includes location data for the at least one power consuming device. | In each DR System, the preference information includes location data for the at least one power consuming device. For example, the preference information included in the profile includes location data for the smart thermostat or load switch ("active load client").<br><br>**EnergyHub Privacy Policy**<br>https://www.energyhub.com/privacy-policy |

### 1.2 Account, Contact, and Service Information

"Account Information" is information about you and your account, including your Contact Information and Service Information (both described below below) and other account-related information that is necessary or useful for us to manage your account, provide you or your Device with access to the EnergyHub Platform and manage privacy preferences.

"Contact Information" means information that identifies you, including your name, address, telephone number and email address. You provide us your Contact Information when you register with EnergyHub, your utility, thermostat provider, other Device provider, one of our strategic partners, or a contractor or representative of one of the foregoing entities. We also collect Contact Information about the personnel of utilities and Device partners.

**Resideo Connected Savings Privacy Policy**
**https://web.archive.org/web/20251012184533/https://www.connectedsavings.com/privacy-policy/**

### 2. We Collect and Use Certain Information

• **Contact Information**: means information that allows someone to identify or contact you, including, for example: your name, address, telephone number and email address. When you register with Resideo, you provide us with Contact Information. We may also collect other information about you, including anonymous demographic information that is not unique to you, such as your ZIP code, account settings, and preferences. Some information collected from you may not be utilized by Resideo, but may be necessary for utility providers to validate your information.

Case 8:26-cv-02072-LKG    Document 1-8    Filed 05/26/26    Page 68 of 74

| | |
|---|---|
| 13. The system of claim 8, wherein the at least one active load client includes at least one programmable thermostat. | For each DR System, the at least one active load client includes at least one programmable thermostat.<br><br>*See* 8[a] above. |
| 16[pre] A system for managing power on an electric power grid, comprising: | Each of the Maryland Utilities make and use a system that controls a respective Demand Response Program ("DR System").  Each of these DR Systems manages power on an electric grid by communicating messages to and controlling the operation of smart thermostats and/or load control switches in order to reduce the consumption of electric power by load consuming devices during periods of peak demand.<br><br>*See* 8[pre] above. |
| 16[a] at least one active load client constructed and configured for communication with a server and at least one power consuming device; | Each DR System comprises at least one active load client constructed and configured for communication with a server and at least one power consuming device.<br><br>*See* 8[a] above. |
| 16[b] a second server configured to receive power consumption data for the at least one power consuming device; | Each DR System comprises a second server configured to receive power consumption data for the at least one power consuming device.  For example, each DR System includes a meter data management system ("second server") that receives meter data ("configured to receive power consumption data") for the smart thermostats and load switches ("for the at least one power consuming device"). |

Case 8:26-cv-02072-LKG    Document 1-8    Filed 05/26/26    Page 69 of 74

**Exelon Utilities' (BGE, Pepco, Delmarva) response to Commission Order No. 91603 – Implementation of FERC Order No. 2222 and Virtual Power Plants in Maryland, Case No. 9778, Oct. 10, 2025, at 31-32**

"[I]t is important to outline how meter data is currently collected and utilized by the Exelon Utilities.  The graphics below illustrate this:"



| | SMECO's response to Commission Order No. 91603 – Implementation of FERC Order No. 2222 and Virtual Power Plants in Maryland, Case No. 9778, Oct. 10, 2025, at 4 |
|---|---|
| | **IV.** **Device-Level Metering**<br><br>Device-level metering could strongly support the case for DERs as electric system assets by quantifying their contributions in terms of capacity, energy, and volt-var support among other benefits. There is an unfortunate disconnect between the value of this data and the difficulty and cost necessary to operate it. Existing utility metering at SMECO uses advanced metering infrastructure ("AMI") that wirelessly communicates 15-minute interval data to the centralized meter data management system. The communications bandwidth is currently saturated to the point that no additional devices could transmit data back without either costly upgrades or a reduction in interval data reads. Even AMI 2.0 would not provide sufficient connectivity to achieve a virtual power plant ("VPP") solution.<br><br>*See also* 8[b] above. |
| 16[c] wherein the at least one power consuming device includes at least one Heating, Ventilation, and Air Conditioning (HVAC) unit; | In each DR System, the at least one power consuming device includes at least one Heating, Ventilation, and Air Conditioning (HVAC) unit.<br><br>*See* 8[a] above. |
| 16[d] wherein the at least one active load client receives a power control message from the server, wherein the power control message includes a curtailment | In each DR System, the at least one active load client receives a power control message from the server, wherein the power control message includes a curtailment request for the at least one power consuming device.<br><br>*See* 8[c] above. |

Case 8:26-cv-02072-LKG    Document 1-8    Filed 05/26/26    Page 71 of 74

| | |
|---|---|
| request for the at least one power consuming device; | |
| 16[e] wherein the at least one active load client receives at least one request message from the server, including preference information for the at least one power consuming device; | In each of the DR Systems, the at least one active load client receives at least one request message from the server, including preference information for the at least one power consuming device.<br><br>*See* 8[d] above. |
| 16[f] wherein the preference information includes at least one temperature set point for the at least one HVAC unit; | In each of the DR Systems, the preference information includes at least one temperature set point for the at least one HVAC unit.<br><br>*See* 8[d] above. |
| 16[g] wherein based on the preference information, the at least one active load client transmits at least one power reduction command to the at least one power consuming device; | In each of the DR Systems, based on the preference information, the at least one active load client transmits at least one power reduction command to the at least one power consuming device.<br><br>*See* 8[e] above. |

| | |
|---|---|
| 16[h] wherein the actual value is generated based on government approved methods of calculation established under Federal Energy Regulatory Commission (FERC) Order 745 or an independent system operator (ISO) for the at least one power consuming device; | For each DR System, the actual value is generated based on government approved methods of calculation established under Federal Energy Regulatory Commission (FERC) Order 745 or an independent system operator (ISO) for the at least one power consuming device.<br><br>*See* 8[h] above. |
| 16[i] wherein the second server communicates the actual value with the server via an advanced metering infrastructure; | In each DR System, the second server communicates the actual value with the server via an advanced metering infrastructure.<br><br>*See* 8[i] above. |
| 16[j] wherein the server aggregates the actual value for each of the at least one power consuming device into at least one Power Trade Block (PTB) unit able to be sold on an energy settlement marketplace; | In each DR System, the server aggregates the actual value for each of the power consuming devices into at least one Power Trade Block (PTB) unit able to be sold on an energy settlement marketplace.<br><br>*See* 8[j] above. |

71

Case 8:26-cv-02072-LKG   Document 1-8   Filed 05/26/26   Page 73 of 74

| | |
|---|---|
| 16[k] wherein the at least one power reduction command causes the at least one power consuming device to turn off in near real time; | In each DR System, the at least one power reduction command causes the at least one power consuming device to turn off in near real time.<br><br>*See* 8[f] above. |
| 16[l] wherein the actual value is utilized as contingency reserves for a power utility and/or grid operator; | In each DR System, the actual value is utilized as contingency reserves for a power utility and/or grid operator.<br><br>*See* 8[l] above. |
| 16[m] wherein the server receives a request for amounts of one or more specific types of operating reserves; and | For each of the DR Systems, wherein the server receives a request for amounts of one or more specific types of operating reserves.<br><br>*See* 8[m] above. |
| 16[n] wherein the server is operable to determine when and to which of the at least one power consuming devices to send the at least one power reduction command based on the requested amounts of one or more specific types of operating reserves. | In each DR System, the server is operable to determine when and to which of the at least one power consuming devices to send the at least one power reduction command based on the requested amounts of one or more specific types of operating reserves.<br><br>*See* 8[n] above. |

| 17. The system of claim 16, wherein the server generates at least one consumer profile associated with the at least one active load client, wherein the preference information is included in the at least one consumer profile. | In each DR System, the server generates at least one consumer profile associated with the at least one active load client, wherein the preference information is included in the at least one consumer profile.<br><br>*See* claim 9 above. |
|---|---|
| 18. The system of claim 16, wherein the preference information further includes location data for the at least one power consuming device. | In each DR System, the preference information includes location data for the at least one power consuming device.<br><br>*See* claim 12 above. |
| 19. The system of claim 16, wherein the at least one active load client includes at least one programmable thermostat. | For each DR System, the at least one active load client includes at least one programmable thermostat.<br><br>*See* claim 13 above. |